UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:　　　　　　　　　　　　　　　　　　CASE NO.: 21-19082-RAM
　　　　　　　　　　　　　　　　　　　　　　Chapter: 13
JUANA ACOSTA MARTINEZ

DEBTOR
_____/.

**CREDITOR'S, WEST BAY PLAZA CONDOMINIUM ASSOCIATION, INC.'S,
OBJECTION TO CONFIRMATION**

　　　　Creditor, WEST BAY PLAZA CONDOMINIUM ASSOCIATION, INC., hereafter referred to as "Association," objects to the confirmation of Debtor's Plan (ECF No. 16) and, as grounds therefore, states:

　　　　1.　　Association is a condominium association and a corporation not-for-profit pursuant to Chapters 718 and 617, Fla. Stat.

　　　　2.　　Debtor owns a unit in the Association's condominium community located at 1688 West Ave., #408, Miami Beach, FL 33139, hereafter referred to as "Subject Unit."

　　　　3.　　Debtor is delinquent in the payment of condominium association assessments to the Association (Proof of Claim 6) that were assessed against the Subject Unit and owes the Association an arrearage in the amount of $65,681.44 as of the Petition filing date.

　　　　4.　　Debtor has proposed to pay solely $62,081.96 in arrearages in his First Amended Plan and has intentionally misrepresented that amount of the regular payments owed to the Association as a lesser amount than that which is actually owed.[1]

　　　　5.　　The Association objects to confirmation on the basis that Debtor's Plan does not confirm to or satisfy the Association's Proof of Claim, nor does it propose to pay the current

---

[1] The instant bankruptcy is Debtor's third bankruptcy within the last thirteen (13) months. The Association obtained a judgment of foreclosure which identifies the correct amount of the regular payment.

regular ongoing monthly assessments and special assessments.

6. The Association also objects to confirmation on the basis that Debtor's Plan is not feasible.

7. Debtor's schedules indicates that her monthly income amounts to $3,222.00, that her monthly expenses amount to $1,408.83 and that her net income is $1,813.17 (ECF No. 12).

8. Debtor's Plan identifies a total monthly payment in the amount of $1,862.84 for months 1 through 10 and $1,696.18 for months 11 through 60; however, when the current regular ongoing regular monthly assessment in the amount of $746.73 and the monthly special assessments in the amount of $68.21 are taken into consideration, the Debtor's Plan is entirely unfeasible.

9. Debtor had the same income and expenses during the course of her prior bankruptcy proceedings that had been pending in Case No. 21-17165-RAM; however, those proceedings were dismissed due to her failure to make the required plan payments and the Trustee had noted a number of additional deficiencies.

WHEREFORE, Creditor, WEST BAY PLAZA CONDOMINIUM ASSOCIATION, INC., respectfully requests that the Court sustain this Objection, deny confirmation of Debtor's Plan and dismiss these proceedings.

(This space intentionally left blank)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 and that a true and correct copy of the foregoing has been served, via U.S. first class mail and/or CM/ECF, upon the parties identified and as indicated below this 28th day of October, 2021.

> Backer Aboud Poliakoff & Foelster, LL
> The Arbor Suite 420
> 400 S. Dixie Highway
> Boca Raton FL 33432
> (561) 361-8535 Voice
> (561) 361-3491 Fax
> By:/s/Ryan M. Aboud, Esq.
> FBN: 27366
> Email: RAboud@BAPFLaw.com
> Counsel for Creditor,
> WEST BAY PLAZA
> CONDOMINIUM ASSOCIATION, INC.

**The following were sent notice through CM/ECF electronic mail system:**

Haven Del Pino on behalf of Debtor Juana Acosta Martinez
haven@delpinolaw.com
lalmestica@delpinolaw.com
joseph@delpinolaw.com
jportalatin@delpinolaw.com
frontdesk@delpinolaw.com;
jvalencia@delpinolaw.com
r61325@notify.bestcase.com
jgranados@delpinolaw.com

Nancy K. Neidich, Trustee
e2c8f01@ch13miami.com
ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Parties indicated in the Label Matrix attached hereto who were not served via CM/ECF electronic mail system as indicated were served via U.S. Mail.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-19082-RAM<br>Southern District of Florida<br>Miami<br>Thu Oct 28 15:28:07 EDT 2021 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | Ameris Bank<br>3 Corporate Square<br>Atlanta, GA 30329-2078 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank Usa N<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Kendall Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Miami Dade County Property Appraiser<br>200 NW 2nd Avenue,<br>Miami, FL 33128-1733 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Ryan M. Aboud<br>Backer Aboud Poliakoff & Foelster<br>400 S. Dixie Highway, Suite 420<br>Boca Raton, FL 33432-6023 |
| (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>ATTN ROBERT ZAYAC<br>40 MARIETTA ST SUITE 300<br>ATLANTA GA 30303-2812 | West Bay Plaza Condominium Association<br>c/o First Service Residential<br>1688 West Avenue<br>Miami Beach, FL 33139-2356 | West Bay Plaza Condominium Association, Inc.<br>c/o Backer Aboud Poliakoff & Foelster<br>400 S. Dixie Highway, Suite 420<br>Boca Raton, FL 33432-6023 |
| Haven Del Pino<br>900 W 49 St. # 422<br>Hialeah, FL 33012-3487 | Juana Acosta Martinez<br>1688 West Ave. Apt. #408<br>Miami Beach, FL 33139-2367 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Pendrick Capital Partners II, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Pnc Bank<br>Po Box 3180<br>Pittsburgh, PA 15230 | Secretary of Housing and Urban Developme<br>Development Washington DC<br>451 Seventh St.  SW<br>Washington, DC 20410 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (u)Syncb/walmart | End of Label Matrix<br>Mailable recipients   17<br>Bypassed recipients    2<br>Total                 19 |