**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

■ 1st _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: JUANA ACOSTA MARTINEZ     JOINT DEBTOR: _____     CASE NO.: 21-19082-RAM

SS#: xxx-xx- 8860     SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,627.40 for months  1  to  10 ;
2. $2,460.73 for months 11 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

| Total Fees: | $4,500.00 | Total Paid: | $2,500.00 | Balance Due: | $2,000.00 |
|---|---|---|---|---|---|

Payable $200.00 /month (Months  1  to  10 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Ch 13 Legal Fees $4500 plus filing fee. Amount paid $2500.00 balance of $2000 will be paid in CH 13 Plan

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: West Bay Plaza Condominium Association c/o First Service Residential

   Address: 1688 West Avenue
   Miami Beach FL 33139

   Arrearage/ Payoff on Petition Date: 65,681.44
   Arrears Payment (Cure): $1,094.70 /month (Months 1 to 60)
   Regular Payment (Maintain): $746.73 /month (Months 1 to 60)

   Last 4 Digits of Account No.: #408

   Other: _____

LF-31 (rev. 06/04/21)

■ **Real Property**                      Check one below for Real Property:
　■ Principal Residence                  ☐ Escrow is included in the regular payments
　☐ Other Real Property                  ■ The debtor(s) will pay  ■ taxes  ☐ insurance directly

Address of Collateral:
1688 West Ave. Apt. #408, Miami Beach FL 33139

☐ Personal Property/Vehicle
Description of Collateral: _____

2. **Creditor:** Miami Dade County Tax Collector  Property taxes 2017, 2018, 2020 Due to Certificate

　Address: 200 NW 2nd Avenue,          Arrearage/ Payoff on Petition Date  19394.10 (includes 0.25%) interest.
　　　　　 Miami FL 33128              * Property taxes  $323.23  /month (Months  1  to  60  )

Last 4 Digits of Account No.: 0910

Other: * 2015, 2017, 2018, 2020, 2021 Property taxes

☐ **Real Property**                      Check one below for Real Property:
　■ Principal Residence                  ☐ Escrow is included in the regular payments
　☐ Other Real Property                  ■ The debtor(s) will pay  ■ taxes  ☐ insurance directly

Address of Collateral:
1688 West Ave. Apt. #408, Miami Beach FL 33139

☐ Personal Property/Vehicle
Description of Collateral: Property is under reverse mortgage

**B. VALUATION OF COLLATERAL:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** ■ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| # | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Ameris Bank<br>3 Corporate Square<br>Atlanta GA 30329 | 3794 | Debtor's son will continue paying for vehicle outside the plan<br>2019 Chevrolet Trax 4D Utility<br>VIN 3GNCJKSB7KL306842 |
| 2. | Pnc Bank<br>Po Box 3180<br>Pittsburgh PA 15230 | 2494 | Debtor will keep paying for her vehicle 2018 Chevrolet Malibu VIN 1G1ZD4ST7JF229797 outside the plan. |
| 3. | Secretary of Housing and Urban Development Washington DC.<br>451 Seventh St. SW<br>Washington DC 20410 | 0127 | Debtor will keep and maintain Homestead property located at 1688 West Ave. Apt. #408, Miami Beach FL 33139 and paid all associated costs. this property is under reversed mortgage. |

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ■ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

　A. Pay  $50.00  /month (Months  11  to  60  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. <u>SEPARATELY CLASSIFIED:</u> ☒ NONE

**VI.**  **<u>STUDENT LOAN PROGRAM</u>** ☒ NONE

**VII.**  **<u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>** ☒ NONE

**VIII.**  **<u>INCOME TAX RETURNS AND REFUNDS:</u>** ☒ NONE

**IX.**  **<u>NON-STANDARD PLAN PROVISIONS</u>** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor will be paid in plan the property taxes as follows:
2015 $2,686.82 + 2017 $2681.78 + 2018 $1716.85 + 2020 $6,183.28 (includes 0.25%) + 2021 $5,115.87 =Total $19,394.10

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Juana Acosta Martinez   Debtor   11/4/2021     Joint Debtor

JUANA ACOSTA MARTINEZ      Date                Date

Attorney with permission to sign on Debtor(s)' behalf    Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**